13 AM 9:24

U.S. District Court
Southern New York

Charmane Smith,
Plaintiff,

Case No.:
18 CV 11640

v.

Fullbeauty Brands,
Defendant.

Jury Trial Demanded

Civil Complaint

Parties

1. Charmane Smith is the Pro Se Plaintiff and is a Citizen of Tennessee

2. Fullbeauty Brands is the Defendant and is a Citizen of New York

Jurisdiction

1. Federal Question

Statement of Facts

She placed several Mail Orders at different stores that are part of the Fullbeauty Brands. The purchases made by Mail Order were

supposed to include free gifts. I never received the free gifts or received the wrong item when I received anything. The gifts were the main reasons I made purchases at the following companies:

1. Woman Within
2. Roaman's
3. Jessica London
4. Brylane Home

Claims

1. Lanham Act - Section 43(a)(b)
   - False and Deceptive Advertising
   - Bait-and-Switch
   - Commercial Injury

2. Truth In Advertising Act
   - Mailing of Unordered Merchandise Title 39 U.S.C. § 3009
   - Mail or Telephone Order Merchandise Title 16 C.F.R., Part 435

Demand for Relief

Request a Monetary Award in the amount of $100,00, Treble Damages, All Court Costs, Fees, and Interests, and the requested Merchandise as listed:

1. From Roaman's Catalog:
Between: September - October 2016
Red Box Code: RD72929
Blue Box Code: 856-504113
07059-1536-3000

- Long Faux Fur Coat #501-04684-445
Size-2X Color-Evening Blue $189.99

- Long Faux Fur Coat #501-04684-445
Size-2X Color-Emerald Green $189.99

- Long Faux Fur Coat #501-04684-445
Size-2X Color-Black $189.99

- Faux Fur Bucket Hat #540-16873-445
Color-Evening Blue $39.99

- Faux Fur Bucket Hat #540-16873-445
Color-Emerald Green $39.99

- Faux Fur Bucket Hat #540-16873-445
Color-Black $39.99

2. From Roaman's Catalog: Holiday 2014
Green Box Code: RD602916
Red Box Code: RD60304
Blue Box Code: 661-103108
07059-1536-3000

- Long Faux Fur Coat #501-04684-855
  Size-2X Color-Ivory $379.99

- Long Faux Fur Coat #501-04684-855
  Size-2X Color-Burgundy $379.99

- Long Faux Fur Coat #501-04684-855
  Size-2X Color-Ranch Mink $379.99

3. From Roaman's Catalog: Goodbye 2017-Hello 70% Off

Green Box Code: RDDEFERFWY
Pink Box Code: RD80757
Blue Box Code: 428-525103
07059-1536-3000

- Teddy Fleece Jacket #529-36456-426
  Size-2X Color-Oatmeal $119.99

- Teddy Fleece Jacket #529-36456-426
  Size-2X Color-Black $119.99

- Janis Wide-Calf Leather Boots #535-32536-426
  Size-9 Color-Dark Brown $219.99

4. Ribbed Pullover Tunic Sweater (Online)
#2308-16187-9999
Size-2X Color-Sea Blue $59.99

Ribbed Pullover Tunic Sweater (Online)
#2308-16187-9999
Size-2X Color-Royal Grape $59.99

Ribbed Pullover Tunic Sweater (Online)
#2308-16187-9999
Size-2X Color-Dark Emerald $59.99

Ribbed Pullover Tunic Sweater (Online)
#2308-16187-9999
Size-2X Color-Bright Ruby $59.99

Date: Respectfully submitted,

November 27, 2018

Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN 38117
(901) 761-1678

Defendant:

1. Fullbeauty Brands
One New York Plaza
New York City, NY 10004-1928

P.S. Additional Items Requested:

From Jessica London Catalog:
"Fashion Wrapped Holiday" - 2014
Green Box Code: JLDB031
Red Box Code: JLF7032
Blue Box Code: 880-505118
08028-5600-5454

1. Belted Boucle Coat #2301-27478-862
Size-2X Color-Ivory $189.99

2. Boucle Coat #2301-27379-862
Size-2X Color-Mauve Flower $219.99

3. Ribbed V-Neck Sweater #2308-11272-862
Size-18/20 Color-Berry Red $39.99
Size-18/20 Color-Black $39.99
Size-18/20 Color-Dark Teal $39.99
Size-18/20 Color-Deep Grape $39.99
Size-18/20 Color-Forest Moss $39.99
Size-18/20 Color-Ivory $39.99
Size-18/20 Color-Navy $39.99
Size-18/20 Color-Spice $39.99

4. Ribbed Cotton Sweaters #2308-75242-862
Size-18/20 Color-Berry Red $44.99
Size-18/20 Color-Black $44.99
Size-18/20 Color-Dark Teal $44.99
Size-18/20 Color-Deep Grape $44.99

4. Ribbed Cotton Sweaters #2308-75242-862
Size- 18/20 Color- Ivory $44.99
Size- 18/20 Color- Navy $44.99
Size- 18/20 Color- Spice $44.99

Dated:

November 27, 2018

Signed,

Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN 38117
(901) 761-1678




MEMPHIS TN 380
28 NOV 2018 PM 2 L

Pro se E.K. Attn: Clerk Office
U.S. District Court - Southern
500 Pearl Street
New York, NY 10007-1312

2018 DEC 12 PM 3:01
CLERK'S OFFICE
S.D.N.Y.

USM P3

10007-133099