UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMANE SMITH,<br><br>                Plaintiff,<br><br>    -against-<br><br>FULLBEAUTY BRANDS,<br><br>                Defendant. | 18-CV-11640 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 6, 2019, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to comply with the Court's December 2, 2016 judgment in *Smith v. Chase Bank*, No. 11-CV-2270 (LAP) (S.D.N.Y.).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:  May 6, 2019
           New York, New York

                                            COLLEEN McMAHON
                                      Chief United States District Judge